USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-19-05

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

LUCIO GUADALUPE RAMA-JIMENEZ,

              Plaintiff,

- against -

JOHN ASHCROFT, U.S. ATTORNEY GENERAL,
and EDWARD McELROY, DISTRICT
DIRECTOR, UNITED STATES BUREAU OF
CITIZENSHIP & IMMIGRATION SERVICES,

              Defendants.

------------------------------------------------------------x

No. 04 Civ. 8697 (CBM)

**ORDER**

    The parties are hereby ORDERED TO APPEAR for a pre-trial conference on September 22, 2005, at 11:30 a.m., in Room 2540 of the United States Courthouse at 500 Pearl Street, New York, New York. The purpose of this conference is to discuss the status of the case and to set a schedule for discovery and trial.

    **All parties are required to familiarize themselves thoroughly, and comply, with this court's individual practices. Copies are available in chambers or on the court's website, http://www.nysd.uscourts.gov/judges/USDJ/motley.htm.**

Dated:    April 19, 2005
             New York, New York

SO ORDERED.

_____
CONSTANCE BAKER MOTLEY
United States District Judge